EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Elfrén García Muñoz | 2012 TSPR 133<br><br>186 DPR ____ |
|---|---|

Número del Caso: TS-6693

Fecha: 29 de agosto de 2012

Abogado de la Parte Peticionaria:

      Lcdo. Pedro J. Torres Marcano

Comisión de Reputación para el Ejercicio de la Abogacía

      Lcdo. Guillermo Arbona Lago
      Lcda. Jocelyn López Vilanova
      Lcda. Belén Guerrero Calderón
      Lcda. Waleska Delgado Marrero
      Dr. Robert Stolberg


Procurador Especial de la Comisión de Reputación

      Lcdo. Alcides Oquendo Solís

Oficina del Procurador General

      Lcda. Zaira Girón Anadón
      Subprocuradora General

      Lcda. Edna E. Rodríguez Benítez
      Procuradora General Auxiliar


Materia: Reinstalación al Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Elfrén García Muñoz                    TS-6693

RESOLUCIÓN

San Juan, Puerto Rico, a 29 de agosto de 2012.

Examinada la *Moción Informando Cumplimiento de Recomendación de Comisión de Reputación*, se reinstala al Lcdo. Elfrén García Muñoz al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no interviene.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo